IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NATIONAL TRUST INSURANCE          )
COMPANY,                          )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CASE NO. 3:22-CV-468-KFP
                                  )
CORELINC, LLC, et al.,            )
                                  )
    Defendants.                   )

## ORDER

Upon consideration of Plaintiff's Motion for Voluntary Dismissal (Doc. 7) and

pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(2), it is ORDERED

that the motion is GRANTED.

The Clerk of Court is DIRECTED to close this case.

Done this 4th day of October, 2022.


/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE